1
2
3
4

5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                              EASTERN DISTRICT OF CALIFORNIA

7
8    FRESNO COMMUNITY HOSPITAL       )     CIV- F-07-1127  AWI SMS
     AND MEDICAL CENTER,             )
9                                    )     ORDER CLOSING CASE DUE
                    Plaintiff,       )     TO STIPULATION OF
10        v.                         )     DISMISSAL
                                     )
11   WESTERN GROWERS ASSN.,          )
                                     )
12                  Defendant.       )
     _____)

13

14         On March 28, 2008, the parties filed a stipulation of voluntary dismissal of this matter

15   pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

16         Rule 41(a)(1), in relevant part, reads:

17      an action may be dismissed by the plaintiff without order of court (i) by filing a
        notice of dismissal at any time before service by the adverse party of an answer or
18      of a motion for summary judgment, whichever first occurs, or (ii) by filing a
        stipulation of dismissal signed by all parties who have appeared in the action.
19      Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
        without prejudice, except that a notice of dismissal operates as an adjudication
20      upon the merits when filed by a plaintiff who has once dismissed in any court of
        the United States or of any state an action based on or including the same claim.
21
     Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an
22
     answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,
23
     although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan
24
     Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.
25
     1986).  Once the stipulation between the parties who have appeared is properly filed or made in
26
     open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.
27
     41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  "Caselaw concerning stipulated dismissals under Rule
28

1   41(a) (1) (ii) is clear that the entry of such a stipulation of dismissal is effective automatically and
2   does not require judicial approval." In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Gardiner v.
3   A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984); see also Gambale v. Deutsche Bank AG,
4   377 F.3d 133, 139 (2d Cir. 2004); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074,
5   1077 (9th Cir. 1999) cf. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)
6   (addressing Rule 41(a)(1)(I) dismissals).  "The plaintiff may dismiss some or all of the
7   defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal
8   "automatically terminates the action as to the defendants who are the subjects of the notice."
9   Wilson, 111 F.3d at 692; Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

10       Because the parties have filed a stipulation for dismissal of this case under Rule
11  41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.
12  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see
13  also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111
14  F.3d at 692.

15       Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light
16  of the filed and properly signed Rule 41(a)(1)(ii) Stipulation Of Dismissal.

18  IT IS SO ORDERED.
19  **Dated:   March 31, 2008**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE